**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2213**

JEFFREY J. TOBOL,

             Plaintiff – Appellant,

      v.

CAROLYN W. COLVIN, Commissioner of Social Security,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.   Graham C. Mullen, Senior District Judge.  (1:12-cv-00171-GCM-DCK)

Submitted:  March 31, 2014              Decided:  April 10, 2014

Before SHEDD, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charlotte W. Hall, CHARLES T. HALL LAW FIRM, Raleigh, North Carolina, for Appellant.   Paul B. Taylor, Assistant United States Attorney, Anne M. Tompkins, United States Attorney, Jeanne D. Semivan, Special Asssitant United States Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey J. Tobol appeals the district court's order accepting the recommendation of the magistrate judge and upholding the Commissioner's decision denying Tobol's applications for disability insurance benefits and supplemental security income. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tobol v. Colvin, No. 1:12-cv-00171-GCM-DCK (W.D.N.C. Sept. 19, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED